UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
CIVIL DIVISION

PAOLA OWEN,
ON BEHALF OF HERSELF AND
ALL OTHERS SIMILIARLY SITUATED,

               Plaintiff,

v

COMPUTER CREDIT, INC.,

               Defendant.

Civil Action, File No.
2:17-cv-05821-JFB-AKT

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 15 2018 ★
LONG ISLAND OFFICE

## STIPULATION OF DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses with prejudice the present action against Defendant with each party to bear its respective attorney's fees and costs incurred in this action.

/s/*Mitchell L. Pashkin, Esq.*
Mitchell L. Pashkin, Esq.
Attorney For Plaintiff
775 Park Avenue, Suite 255
Huntington, NY 11743
(631) 629-7709

Hinshaw & Culbertson LLP
By: /s/ *Han Sheng Beh*
800 Third Avenue, 13th Floor
New York, NY, 10022
212-471-6238
HBeh@hinshawlaw.com
*Attorneys for Defendant*

The Clerk of the Court shall close the case.

SO ORDERED
Joseph Bianco
Joseph F. Bianco
USDJ
Date: May 15, 2018
Central Islip, N.Y.